1  **MARTIN & VANEGAS, APC**
2  **JOHN F. MARTIN, ESQ. (SBN 52618)**
   **MARTA R. VANEGAS, ESQ. (SBN 278328)**
3  **BRITTANY C. TOTH, ESQ. (SBN 324593)**
   3100 Oak Road, Suite 230
4  Walnut Creek, CA 94597
   Phone: (925) 937-5433
5  Facsimile: (925) 938-5567

6
   Attorneys for Plaintiff
7  CHRISTIE CAMPBELL

8  **ALLEN MATKINS LECK GAMBLE**
   **MALLORY & NATSIS LLP**
9  BALDWIN J. LEE (BAR NO. 187413)
   ALEXANDER NESTOR (BAR NO. 202795)
10 JEFFREY G. BRIGGS (BAR NO. 323790)
   Three Embarcadero Center, 12th Floor
11 San Francisco, CA 94111-4074
   Phone: (415) 837-1515
12 Fax: (415) 837-1516
   E-Mail: blee@allenmatkins.com
13         anestor@allenmatkins.com
           jbriggs@allenmatkins.com
14
   Attorneys for Defendant
15 WELLS FARGO BANK, N.A.



16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 | CHRISTIE CAMPBELL,            | Case No.: 4:20-cv-05192-HSG
19 |       Plaintiff,              | **STIPULATION AND ORDER FOR**
20 |    v.                         | **FILING OF AMENDED COMPLAINT**
   |                               | **PURSUANT TO FEDERAL RULE OF**
21 | WELLS FARGO BANK, N.A.,       | **CIVIL PROCEDURE 15(a)(2)-(As**
22 |       Defendant.              | **Modified)**

26      IT IS HEREBY STIPULATED by and between Plaintiff Christie Campbell ("Plaintiff")
27 and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel,
28

that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file an Amended Complaint dismissing Plaintiff's fourth cause of action for Intentional Infliction of Emotional Distress with prejudice, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the Defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the amended complaint.

Dated:  December 22, 2020

**MARTIN & VANEGAS**
*A Professional Corporation*

By: */s/ Brittany C. Toth*
Brittany C. Toth
Attorneys for Plaintiff

Christie Campbell

Dated:  December 22, 2020

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: */s/ Alexander Nestor*[1]
BALDWIN J. LEE
ALEXANDER NESTOR
JEFFREY G. BRIGGS
Attorneys for Defendant
WELLS FARGO BANK, N.A.

---

[1] I, Brittany C. Toth, hereby attest, pursuant to Northern District of California Civ. L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

# ORDER

Based on the stipulation of the parties, and good cause appearing, the Court ORDERS that

1. Plaintiff Christie Campbell may file the proposed First Amended Complaint, attached to the stipulation.
2. Plaintiff Christie Campbell is directed to file the First Amended Complaint on the docket forthwith.
3. Defendant Wells Fargo Bank, N.A. is not required to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 29. 2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

MARTIN & VANEGAS, APC
Employment and Business Counsel
3100 Oak Road, Suite 230
Walnut Creek, CA 9459
925-937-5433

- 3 -

*Campbell v. Wells Fargo Bank, N.A.*
STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT