1  MARTIN & VANEGAS, APC
   John F. Martin (State Bar No. 52618)
2  John@martinvanegaslaw.com
   Marta R. Vanegas (State Bar No. 278328)
3  Marta@martinvanegaslaw.com
   Brittany C. Jones (State Bar No. 324593)
4  Brittany@martinvanegaslaw.com
   3100 Oak Road, Suite 230
5  Walnut Creek, CA 94597
   Telephone: (925) 937-5433
6  Fax: (925) 938-5567

7  Attorneys for Plaintiff
   CHRISTIE CAMPBELL
8
   Allen Matkins Leck Gamble Mallory & Natsis LLP
9  Baldwin J. Lee
   blee@allenmatkins.com
10 Alexander Nestor
   anestor@allenmatkins.com
11 Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111
12 Telephone: (415) 837-1515

13 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE CAMPBELL,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>         Defendants. | **CASE NO.: 4:20-cv-05192-HSG**<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

On March 2, 2021 Plaintiff CHRISTIE CAMPBELL and Defendants WELLS FARGO BANK, N.A. (hereinafter, jointly, the Parties) reached an agreement to resolve this matter. Accordingly, the Parties jointly request that all Court dates and deadlines be vacated.

---

*Campbell v. Wells Fargo Bank, N.A.*
JOINT STIPULATED DISMISSAL WITH PREJUDICE AND ORDER

Pursuant to this Joint Stipulation, the Parties agree and stipulate that the entire case shall be dismissed with prejudice, and further agree that each party shall be responsible for its own costs and attorneys' fees.

All signatories listed below concur in this filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: March 2, 2021

**MARTIN & VANEGAS, APC**

By: /s/ Brittany C. Toth
Brittany C. Toth
Attorneys for PLAINTIFF
CHRISTIE CAMPBELL

DATED: March 23, 2021

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: /s/ Alexander Nestor

Attorneys for Defendants
WELLS FARGO BANK, N.A.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories which shall serve in lieu of their signatures on this document.

DATED: March 23, 2021

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
By: /s/ Alexander Nestor

Attorneys for Defendants
WELLS FARGO BANK, N.A.

**ORDER**

Pursuant to the Parties stipulation, the subject case is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 3/24/2021

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge